UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT MASON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISMAIL J. RAMSEY, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-04836-VC<br><br>**ORDER DISMISSING COMPLAINT**<br>Re: Dkt. Nos. 6, 10 |

　　The motion to dismiss is granted. It is entirely unclear from the complaint what legal claims or factual narrative are asserted. The twenty-page complaint describes a series of statutory provisions, Latin legal principles, and court cases—none of those authorities are connected to facts that would entitle Mason to any relief. Thus, given that the complaint is "obviously frivolous," the Court lacks subject matter jurisdiction. *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 89 (1998).[1] The dismissal is without leave to amend.

　　**IT IS SO ORDERED.**

　　Dated: December 4, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Dismissal would also be appropriate based on Mason's failure to file an opposition to two motions to dismiss: one from the federal defendants and one from defendant Smentana. Dkt. Nos. 6 & 10. The deadlines to respond have long since passed. It is unclear whether Mason is receiving mail from the Court, as recent filings that have been sent to him were returned as undeliverable. *See* Dkt. Nos. 21, 22, 23, 24 & 25.